## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**APPALACHIAN LIGHTING SYSTEMS, INC.,**　　**Bankruptcy No.17-24454-GLT**
**A/K/A ALLED,**

　　　　　　　　　　　　　　　　　　　　　　　**Chapter 11**

　　　　　　　**Debtor.**
　　　　　　　　　　　　　　　　　　　　　　　**Document No.**

**ROBERT O LAMPL,**

　　　　　　　**Movant,**
　　vs.

**APPALACHIAN LIGHTING SYSTEMS, INC.,**
**A/K/A ALLED,**

　　　　　　　**Respondent.**

### ORDER OF COURT

Upon consideration of the foregoing Final Fee Application of Robert O Lampl for Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Period of November 3, 2017 through November 1, 2018, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Applicant, Robert O Lampl, be, and hereby is, granted fees in the amount of $124,103.31 which represents $121,610.00 in fees and $2,493.31 in costs for the period of November 3, 2017 through November 1, 2018.  A retainer/cost payment of $12,500.00 was received by the Debtor and was credited on Invoice No. 1268 which is attached hereto as *Exhibit B*.

Date:_____　　　　　_____
　　　　　　　　　　　　　　　　　　Gregory L. Taddonio
　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge