# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------- x
                                                           :    Chapter 11
In re:                                                     :
                                                           :    Case No. 17-24454-GLT
Appalachian Lighting Systems, Inc.,                        :
                                                           :    Related Dkt. No. 260
                    Debtor.    :
                                                           :
---------------------------------------------------------- x

## AMENDMENT TO SCHEDULES E AND F AS A PRECAUTION ONLY

    Appalachian Lighting Systems, Inc. (the "Debtor") hereby amends Schedule E to include the following priority creditors as a precaution only:

| CREDITOR | CONSIDERATION | DISPUTED/ CONTINGENT/ UNLIQUIDATED | AMOUNT | DEBT INCURRED |
|---|---|---|---|---|
| Comptroller of Maryland Revenue Administration Division 110 Carroll Street Annapolis, Maryland 21411-0001 | Income Tax | C/U | $0.00 | Before 11/3/2017 |

11055297.1

| CREDITOR | CONSIDERATION | DISPUTED/ CONTINGENT/ UNLIQUIDATED | AMOUNT | DEBT INCURRED |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>Also Notify:<br><br>Internal Revenue Service<br>Special Procedures Division<br>PO Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230<br><br>Also Notify:<br><br>United States Attorney's Office<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. United States Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | Federal Taxes | C/U | $0.00 | Before 11/3/2017 |

Debtor hereby amends Schedule F to include the following general unsecured creditors as a precaution only:

| CREDITOR | CONSIDERATION | DISPUTED/ CONTINGENT/ UNLIQUIDATED | AMOUNT | DEBT INCURRED |
|---|---|---|---|---|
| Dimeo Olsen Law Group, LLC<br>120 Fourth Street<br>Ellwood City, PA 16117 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| First Bankcard<br>PO Box 2818<br>Omaha, NE 68103 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |

| CREDITOR | CONSIDERATION | DISPUTED/ CONTINGENT/ UNLIQUIDATED | AMOUNT | DEBT INCURRED |
|---|---|---|---|---|
| First National Bank<br>P.O. Box 3331<br>Omaha, NE 68103-0331<br><br>Also Notify:<br><br>CCB Credit Services, Inc.<br>PO Box 272<br>Springfield, IL 62705 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| Gaitens Tucceri & Nicholas<br>519 Court Place<br>Pittsburgh, PA 15219 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| Keystone Compliance, LLC<br>131 Columbus Inner Belt<br>New Castle, PA 16101 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| Liberty Mutual Insurance Co.<br>PO Box 85830<br>San Diego, CA 92186-5830 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| Northeastern Pennsylvania Alliance<br>1151 Oak Street<br>Pittston, PA 18640 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| PNC Bank<br>PO Box 856177<br>Louisville, KY 40285 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| ProGas, Inc.<br>2314 Evans City Road<br>Zelienople, PA 16063 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |

| CREDITOR | CONSIDERATION | DISPUTED/ CONTINGENT/ UNLIQUIDATED | AMOUNT | DEBT INCURRED |
|---|---|---|---|---|
| Quill.com<br>P.O. Box 37600<br>Philadelphia, PA 19101<br><br>Also Notify:<br><br>The Receivable Management Services LLC<br>PO Box 361348<br>Columbus, OH 43236 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| SonicWall Services<br>PO Box 49042<br>San Jose, CA 95161 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| The Hartford Financial Service<br>c/o Don Leviton<br>Leviton Law Firm LTD<br>3 Golf Center, Suite 361<br>Hoffman Estates, IL 60169 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| The Hartford Insurance Company<br>PO Box 660916<br>Dallas, TX 75266-0916 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| Thomas E. Reilly, PC<br>Thomas E. Reilly, Esq.<br>2200 Georgetowne Drive<br>Suite 403<br>Sewickley, PA 15143 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |
| Valley Refuse Service a/k/a Valley Waste Service, Inc.<br>261 Wallace Run Road<br>Beaver Falls, PA 15010 | None; listed as a precaution only | C/U | $0.00 | Before 11/3/2017 |

11055297.1

| | |
|---|---|
| Executed on:<br>June 27, 2019 | Respectfully submitted<br><br>*/s/ Daniel A. DeMarco*<br>Daniel A. DeMarco (Ohio Bar No. 0038920)<br>*Admitted Pro Hac Vice*<br>Christopher B. Wick (Ohio Bar No. 0073126)<br>*Admitted Pro Hac Vice*<br>HAHN LOESER & PARKS LLP<br>200 Public Square, Suite 2800<br>Cleveland, Ohio 44114<br>Telephone: (216) 621-0150<br>Facsimile: (216) 241-2824<br>E-Mail: dademarco@hahnlaw.com<br>           cwick@hahnlaw.com<br><br>Kirk B. Burkley (PA ID No. 89511)<br>707 Grant Street, Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1900<br>Telephone: (412) 456-8108<br>Facsimile: (412) 456-8135<br>Email: kburkley@bernsteinlaw.com<br><br>*Co-counsel for Debtor* |

## DECLARATION OF DEBTOR

I, James Wassel, declare under penalty of perjury that I have read the attached amendment and that it is true and correct to the best of my knowledge, information and belief.

Dated: June 26, 2019    _____
James Wassel, President

11055297.1