UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: § § | |
| Withdrawal of Appearances by § T. Lawrence Palmer in Various Open § Cases and Entry of Appearance of § Replacement Counsel in Various Open § Cases § § | MISCELLANEOUS NO.: 19-207 |

## OMNIBUS ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE APPEARANCES IN VARIOUS PENDING CASES

AND NOW this 27th Day of June, 2019, the Omnibus Motion to Withdraw and Substitute Replacement Counsel in various open cases is granted. The Clerk is directed to forthwith enter on the docket of each of the cases listed upon Schedule A, and B of this Motion, the withdrawal of the Appearance of T. Lawrence Palmer.

The Clerk is further directed to forthwith enter the appearance of:

> Anthony T. Kovalchick
> Deputy Attorney General
> Office of Attorney General
> 1251 Waterfront Place
> Mezzanine Level
> Pittsburgh, PA 15222
> (412) 565-2543
> PA Attorney I.D. #89056
> Email: akovalchick@attorneygeneral.gov

upon the docket of each of the cases listed on Schedule A of the Motion, and is further directed to enter

the appearance of:

>Jenna A. Ratica
>Deputy Attorney General
>Office of Attorney General
>15th Floor, Strawberry Square
>Harrisburg, PA 17120
>(717) 787-8106
>PA Attorney I.D. #326424
>Email:  jratica@attorneygeneral.gov

upon the docket of each of the cases listed on Schedule B of the Motion.

>By the Court,
>
>*/s/ Carlota M. Böhm*     glb
>Carlota M. Böhm
>Chief United States Bankruptcy Judge

FILED
6/27/19 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA