FILED
9/18/19 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**APPALACHIAN LIGHTING SYSTEMS,**
**INC., A/K/A ALLED,**

                    **Debtor.**

**ROBERT O LAMPL,**

                    **Movant,**

   **vs.**

**APPALACHIAN LIGHTING SYSTEMS,**
**INC., A/K/A ALLED,**

                    **Respondent.**

**Bankruptcy No.17-24454-GLT**

**Chapter 11**

**Related to Dkt. Nos. 196 and 320**

**Hearing Date and Time:**
**September 19, 2019 at 11:00am**

### **MODIFIED ORDER**

**AND NOW**, upon the stipulation in open Court on August 16, 2019 by counsel for each of Debtor and Robert O Lampl, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1.    Debtor and Robert O Lampl ("Applicant") stipulate and agree that Robert O Lampl's Final Fee Application filed at Doc. No. 196 (the "Final Fee Application") is approved conditioned upon the entry of, and effective as of the date this Court enters, an Order (the "Confirmation Date") confirming the Debtor's First Amended Chapter 11 Plan of Reorganization Dated September 5, 2019, which was filed at Doc. No. 301 (the "Amended Plan").

2.    Thus, as of the Confirmation Date, Debtor and Applicant stipulate and agree, subject to and in accordance with Paragraph 1 above, that Applicant shall be granted fees in the amount of $124,103.31 which represents

$121,610.00 in fees and $2,493.31 in costs for the period of November 3, 2017 through November 1, 2018 without further Order of Court. Said fees shall constitute an Allowed Administrative Claim of a Cooperating Estate Professional (as those terms are defined in the Amended Plan), which shall be paid in accordance with Section 3.4 of the Amended Plan.

3.    In the event that the Amended Plan is not confirmed by November 19, 2019, and unless Debtor and Applicant agree to extend such date, Debtor and Applicant stipulate and agree that that the condition for approval of the Final Fee Application shall not have been met, and the Final Fee Application shall not be approved unless and until (a) Debtor and Applicant so stipulate in writing; (b) Debtor does not file an objection to the Final Fee Application on or before November 26, 2019; or (c) in the event Debtor files an objection to the Final Fee Application on or before November 26, 2019, the Court thereafter rules on such objection to the Final Fee Application; and, accordingly, the Debtor reserves its rights to object to the Final Fee Application.

Dated:  September 18, 2019

_____
Gregory L. Taddonio        cgt
United States Bankruptcy Court Judge

Movant shall serve a copy of this Order and the Motion on the respondent(s), trustee, debtor, debtor's attorney, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee.  In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors.  Movant shall file a certificate of service within three (3) business days.