**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APPALACHIAN LIGHTING SYSTEMS, INC. A/K/A ALLED,<br><br>      Debtor. | Bankruptcy No. 17-24454-GLT<br><br>Chapter 11<br><br>Related to Doc. No. 301 |
| APPALACHIAN LIGHTING SYSTEMS, INC. A/K/A ALLED,<br><br>      Movant,<br><br>     v.<br><br>NO RESPONDENTS. | |

**CORRECTED[1] CERTIFICATION OF DANIEL A. DEMARCO WITH RESPECT TO THE TABULATION OF VOTES ON DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 5, 2019, PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

I, DANIEL A. DeMARCO, state as follows:

I am over eighteen years of age and not a party to the above-captioned action. I believe the statements contained herein are true based on my personal knowledge. I am a partner at Hahn Loeser & Parks LLP ("HLP") and by business address is 200 Public Square, Suite 2800, Cleveland, Ohio 44114.

Unless otherwise defined herein, terms capitalized in this certification shall have the same meaning as given to them in the *Debtor's First Amended Chapter 11 Plan of Reorganization Dated September 5, 2019* (the "Amended Plan") [Doc. 301] (together with any and all amendments or supplements thereto, or modifications thereof, the "Plan").

---

[1] This Certification is filed to correct an inadvertent typographical error in the chart on page 2 of the original Certification filed October 21, 2019 [Docket No. 342], which is footnoted below.

11288024.3

The *Order (I) Approving Disclosure Statement; (II) Setting Deadlines; and (III) Scheduling Hearing on Plan Confirmation* (the "Order") [Doc. 308] was entered by the Court on September 9, 2019.

Pursuant to the Order, the balloting deadline in respect of the Amended Plan was established as October 17, 2019. The following is a summary of the impaired classes entitled to vote on the Amended Plan and the voting tabulation[2] based upon the ballots received through and including 3:00 P.M. (E.T.) October 21, 2019:

| IMPAIRED CLASS AND DESCRIPTION | VOTES TO ACCEPT | | VOTES TO REJECT | | NUMBER ACCEPTING (%) | AMOUNT ACCEPTING (%) |
|---|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | | |
| **Class 1:** Synapse | 1 | $1,660,690.33 | 0 | 0 | 100% | 100% |
| **Class 2:** Bridgeway | 1 | $ 234,217.40 | 0 | 0 | 100% | 100% |
| **Class 3:** Innovation Works | 1 | $ 441,739.00 | 0 | 0 | 100% | 100% |
| **Class 5:** Unsecured Convenience Class Claims | 1 | $ 536.29 | 0 | 0 | 100% | 100% |
| **Class 6:** General Unsecured Claims | 6 | $ 802,601.20 | 0 | 0 | 100%[3] | 100%[4] |
| **Class 7:** K-I Parties Unsecured Claims | 1[5] | $ 175,559.87 | 0 | 0 | 100% | 100% |

---

[2] The amounts in this tabulation are the amounts allowed, where applicable, and otherwise are the greater of the amounts on the party's ballot, the Schedules, the party's proof of claim or the party's stay relief motion. Accordingly, unless allowed by a prior order of the Court, the amounts in this tabulation do not reflect an allowed amount of any claim or an amount at which Debtor presently is consenting to the allowance of a claim. Debtor reserves all of its rights with respect to each claim, including the right to object to the allowance of any claim not previously allowed by order of the Court.

[3] Of the seven ballots in Class 6, six accepted the Plan and one returned a ballot but did not vote. That party was scheduled by Debtor as not owed any amount, did not file a proof of claim, indicated no amount owing on the ballot, did not vote either to accept or reject the Plan, and did not respond to requests for clarification. This ballot is listed in Exhibit A, but not counted in this tabulation of votes or amounts.

[4] *See* footnote 2.

[5] Due to an inadvertent typographical error, this number was listed as "0" in the initial filing [Docket No. 342]. It was, is, and should have been, reported as "1", not "0".

Only one ballot contained in the above tabulation was first received after the October 17, 2019 ballot deadline, and one ballot was amended and updated after the October 17, 2019 ballot deadline. Both are noted on Exhibit A to the original Certification [Docket No. 342].

The following is a summary of the unimpaired classes that voted on the Plan and the voting tabulation based upon the ballots received and counted:

| UNIMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | NUMBER ACCEPTING (%) | AMOUNT ACCEPTING (%) |
|---|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | | |
| Class 4:  Nissan | 0 | 0 | 0 | 0 | n/a | n/a |

Copies of the ballots are attached to the original Certification [Docket No. 342] and are summarized on Exhibit A attached hereto (which is identical to the Exhibit A attached to the original Certification [Docket No. 342]).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 22, 2019    /s/ Daniel A. DeMarco
    Daniel A. DeMarco (Ohio Bar No. 0038920)
    *Admitted Pro Hac Vice*
    Hahn Loeser & Parks LLP
    200 Public Square, Suite 2800
    Cleveland, Ohio 44114
    Telephone:    (216) 621-0150
    Facsimile:    (216) 241-2824
    Email:    dademarco@hahnlaw.com
    *Co-Counsel to Appalachian Lighting Systems, Inc. a/k/a ALLED*