UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| APPALACHIAN LIGHTING SYSTEMS, INC., | Case No. 17-24454-GLT |
| Debtor. | Related to Document No. 301 |
| APPALACHIAN LIGHTING SYSTEMS, INC., | |
| Movant. | |
| vs. | **Hearing Date:** <br> October 24, 2019 at 1:30 p.m. |
| NO REPSONDENTS, | **Response Deadline:** |
| Respondent. | October 17, 2019 |

## STIPULATED AGREED ORDER WITH SHERWOOD PARTNERS, INC.

AND NOW, this ____ day of _____, 2019, upon consideration of the parties' stipulation to resolve the potential claims of Sherwood Partners, Inc. upon the agreement of the parties below, and for good cause, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Debtor and Sherwood stipulate and agree to the following (the "Settlement Terms"):

(i) Debtor shall include in the Plan Confirmation Order the following provision:

Debtor shall pay to Sherwood as an Allowed Administrative Expense Claim, (A) $5,000 in cash on the Effective Date, and (B) $20,000 payable pari passu with the Cooperating Estate Professionals from the IP Monetization if, as, when and to the extent such funds become available from the IP Monetization.

(ii) Sherwood hereby releases the Debtor, and the Debtor hereby releases Sherwood, from any and all claims related to the Application or the Plan, except for the obligations under this paragraph.

**IT IS SO STIPULATED:**

1

11307380.1

*/s/ Daniel A. DeMarco*
Daniel A. DeMarco (Ohio Bar No. 0038920)
Admitted Pro Hac Vice
Christopher B. Wick (Ohio Bar No. 0073126)
Admitted Pro Hac Vice
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 621-0150
Facsimile:  (216) 241-2824
E-Mail:    dademarco@hahnlaw.com
           cwick@hahnlaw.com
and

Kirk B. Burkley (PA ID No. 89511)
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8108
Facsimile: (412) 456-8135
Email: kburkley@bernsteinlaw.com

*Co-counsel for Debtor*


Sherwood Partners, Inc.

*By: /s/ Michael A. Maidy (see attached signature)*
Michael A. Maidy, Co-CEO


The undersigned consent to the entry of this *Stipulated Agreed Order*:

ALSI Investors, LLC


*By: /s/ Kevin Jones (see attached signature)*
Kevin Jones, Co-Manager


*By: /s/ Richard Patton (see attached signature)*
Richard Patton, Co-Manager



**IT IS SO ORDERED, this_____day of_____, 2019.**

                                          **UNITED STATES BANKRUPTCY JUDGE**

11307380.1

/s/ Daniel A. DeMarco
Daniel A. DeMarco (Ohio Bar No. 0038920)
Admitted Pro Hac Vice
Christopher B. Wick (Ohio Bar No. 0073126)
Admitted Pro Hac Vice
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail:    dademarco@hahnlaw.com
           cwick@hahnlaw.com
and

Kirk B. Burkley (PA ID No. 89511)
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8108
Facsimile: (412) 456-8135
Email: kburkley@bernsteinlaw.com

*Co-counsel for Debtor*

Sherwood Partners, Inc.

By: _____
Michael A. Maidy, Co-CEO

The undersigned consent to the entry of this *Stipulated Agreed Order*:

ALSI Investors, LLC

By: _____
Kevin Jones, Co-Manager

By: _____
Richard Patton, Co-Manager

**IT IS SO ORDERED**, this _____ day of _____, 2019.

                                          _____
                                          **UNITED STATES BANKRUPTCY JUDGE**

Document    Page 4 of 4

/s/ Daniel A. DeMarco
Daniel A. DeMarco (Ohio Bar No. 0038920)
Admitted Pro Hac Vice
Christopher B. Wick (Ohio Bar No. 0073126)
Admitted Pro Hac Vice
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail:    dademarco@hahnlaw.com
            cwick@hahnlaw.com
and

Kirk B. Burkley (PA ID No. 89511)
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8108
Facsimile: (412) 456-8135
Email: kburkley@bernsteinlaw.com

*Co-counsel for Debtor*

Sherwood Partners, Inc.

By: _____
Michael A. Maidy, Co-CEO

The undersigned consent to the entry of this *Stipulated Agreed Order*:

ALSI Investors, LLC

By: _____
Kevin Jones, Co-Manager

By: _____
Richard Patton, Co-Manager

**IT IS SO ORDERED**, this _____ day of _____, 2019.

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

11307380.1                              2