UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| APPALACHIAN LIGHTING SYSTEMS, INC., | Case No. 17-24454-GLT |
| Debtor. | Related to Document No. 301, 323 |
| APPALACHIAN LIGHTING SYSTEMS, INC., | |
| Movant. | **Hearing Date:** October 24, 2019 at 1:30 p.m. |
| vs. | |
| THOMAS E. REILLY, P.C., | **Response Deadline:** October 17, 2019 |
| Respondent. | |

## STIPULATED AGREED ORDER RESOLVING CAUTIONARY OBJECTION

AND NOW, this ____ day of _____, 2019, upon consideration of the parties' stipulation set forth herein to resolve the *Cautionary Objection to Confirmation of Debtor's First Amended Chapter 11 Plan of Reorganization Dated September 5, 2019* filed by Thomas E. Reilly, Esq. and Thomas E. Reilly, P.C. [Docket No. 323] (the "Cautionary Objection"), upon the agreement of the parties below, and for good cause, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Thomas E. Reilly, Esq. and Thomas E. Reilly, P.C. (collectively, "Reilly"), shall apply the $1,000.00 retainer from James Wassel, the founder and president of Debtor, and his wife Gail Wassel (together, the "Wassels"), presently held by Reilly.

2. Reilly hereby withdraws the Cautionary Objection to the confirmation of "Debtor's First Amended Chapter 11 Plan of Reorganization Dated September 5, 2019" [Docket No. 301] (the "Plan") and supports confirmation of the Plan.

3. Debtor shall include in the Plan Confirmation Order notice of the withdrawal of the Objection and the following provision:

> After payment of all Plan obligations due to creditors under the Plan from the IP Monetization (as defined in the Plan), Debtor shall direct $29,000.00 from the IP Monetization to be paid to Thomas E. Reilly, P.C., at 1468 Laurel Drive, Sewickley, PA 15143, if, as, when and to the extent such funds become available from the IP Monetization.

4. Reilly hereby releases the Wassels and the Debtor, and the Wassels hereby release Reilly, from any and all claims related to the Claim, except for the obligations under this Stipulated Agreed Order.

**IT IS SO STIPULATED:**

*/s/ Daniel A. DeMarco*
Daniel A. DeMarco (Ohio Bar No. 0038920)
Admitted Pro Hac Vice
Christopher B. Wick (Ohio Bar No. 0073126)
Admitted Pro Hac Vice
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail : dademarco@hahnlaw.com
cwick@hahnlaw.com

and

Kirk B. Burkley (PA ID No. 89511)
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8108
Facsimile: (412) 456-8135
Email: kburkley@bernsteinlaw.com

*Co-counsel for Debtor*

*/s/ Thomas E. Reilly*
Thomas E. Reilly, Esq. (PA ID No. 25832)
Thomas E. Reilly, P.C.
1468 Laurel Drive
Sewickley, PA 15143
Telephone: (724) 933-3500
Email: tereilly@tomreillylaw.com

11300776.2

*/s/ James Wassel (see attached signature page)*
James Wassel

*/s/ Gail Wassel (see attached signature page)*
Gail Wassel

The undersigned consent to the entry of the *Stipulated Agreed Order Resolving Cautionary Objection* attached as Exhibit A:

ALSI Investors, LLC

*By: /s/ Kevin Jones (see attached signature page)*
Kevin Jones, Co-Manager

*By: /s/ Richard Patton (see attached signature page)*
Richard Patton, Co-Manager

**IT IS SO ORDERED, this_____day of_____, 2019.**

_____
**UNITED STATES BANKRUPTCY JUDGE**

11300776.2

_____
James Wassel

_____
Gail Wassel

The undersigned consent to the entry of the *Stipulated Agreed Order Resolving Cautionary Objection* attached as Exhibit A:

ALSI Investors, LLC

By: _____
Kevin Jones, Co-Manager

By: _____
Richard Patton, Co-Manager

IT IS SO ORDERED, this _____ day of _____, 2019.

_____
**UNITED STATES BANKRUPTCY JUDGE**

3

11300776.2

_____
James Wassel

_____
Gail Wassel

The undersigned consent to the entry of the *Stipulated Agreed Order Resolving Cautionary Objection* attached as Exhibit A:

ALSI Investors, LLC

By: _/s/ Kevin Jones_____
Kevin Jones, Co-Manager

By: _____
Richard Patton, Co-Manager

**IT IS SO ORDERED**, this_____day of_____, 2019.

_____
**UNITED STATES BANKRUPTCY JUDGE**

_____
James Wassel

_____
Gail Wassel


The undersigned consent to the entry of the *Stipulated Agreed Order Resolving Cautionary Objection* attached as Exhibit A:

ALSI Investors, LLC

By: _____
Kevin Jones, Co-Manager

By: _____*[signature]*_____
Richard Patton, Co-Manager


IT IS SO ORDERED, this _____ day of _____, 2019.

_____
UNITED STATES BANKRUPTCY JUDGE

3

11300776.2